AO 10
Rev. 1/2007

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Folsom, David J | 2. Court or Organization<br><br>U S Dist Ct., Eastern Texas | 3. Date of Report<br><br>07/05/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Judge--Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2006<br>to<br>12/31/2006 |
| 7. Chambers or Office Address<br><br>U. S. Courthouse & Post Office<br>500 State Line Ave., Rm 309<br>Texarkana, TX 75501 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member | Texarkana Animal Shelter Board |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2007 JUL -5 A 11:47 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2006 | Empire Electric Company |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | State Bar of Texas | San Antonio, TX; 3/2/06, Panel Discussion; Air fare |
| 2. | State Bar of Texas | San Antonio, TX; 3/8 - 3/10/06; Panel discussion; Mileage, hotel, and meals |
| 3. | Practising Law Institute | San Francisco, CA: 7/25 - 7/27/06; Panel disscussion; Air fare, hotel, and meals |
| 4. | State Bar of Texas | Austin, TX; 10/25 - 10/27/06; Panel discussion; Air fare, hotel, and meals |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Folsom, David J | 07/05/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Folsom, David J | 07/05/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Hibernia National Bank--checking account | | | | | Acct closed | 3/1 | | | Account closed |
| 2. Hibernia National Bank--checking account | | | | | Acct closed | 3/1 | | | Account closed |
| 3. Century Bank--checking account | | None | K | T | | | | | |
| 4. Century Bank--checking account | A | Interest | L | T | | | | | |
| 5. Century Bank--Certificate of deposit | A | Interest | K | T | | | | | See Sec VIII |
| 6. | | | | | | | | | |
| 7. Capital One Financial Corp | A | Dividend | K | T | | | | | |
| 8. | | | | | | | | | |
| 9. EDWARD JONES (Securities account) #8 | | | | | | | | | Account opened 1/4/06 |
| 10. Money market funds | A | Interest | J | T | Bot | 1/6 | J | | |
| 11. Automatic Dada Processing | A | Dividend | J | T | Bot | 1/6 | J | | |
| 12. Eli Lilly & Co | A | Dividend | J | T | Bot | 1/6 | J | | |
| 13. Illinois Tools Works | A | Dividend | J | T | Bot | 1/6 | J | | |
| 14. Scana Corp | A | Dividend | J | T | Bot | 1/6 | J | | |
| 15. Franklin Equity Income Fd | A | Dividend | J | T | Bot | 1/6 | J | | |
| 16. Franklin Flex Cap Growth Fd | A | Dividend | J | T | Bot | 1/6 | J | | |
| 17. Franklin Mutual Discovery Fd | A | Dividend | J | T | Bot | 1/6 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Folsom, David J | 07/05/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | | | | | |
| 36.  MERRILL LYNCH (SEP/IRA): No. 3 | | | | | | | | | |
| 37.  ML Retirement Money Fund | A | Dividend | J | T | | | | | |
| 38.  AIM Constellation Fund | A | Dividend | K | T | | | | | |
| 39.  Federated Communication Tech Fund | A | Dividend | J | T | | | | | |
| 40.  Federated Kaufmann Fund Cl A | A | Dividend | J | T | | | | | |
| 41. | | | | | | | | | |
| 42.  MERRILL LYNCH (SEP/IRA) No. 4 | | | | | | | | | |
| 43.  ML Cash account | A | Dividend | K | T | | | | | |
| 44.  PMC Sierra Inc | | None | J | T | | | | | |
| 45. | | | | | | | | | |
| 46.  FLOYD CAPITAL MGMT--TD Waterhouse (SEP/IRA): #7 | | | | | | | | | |
| 47.  American Beacon MM Funds | B | Interest | J | T | | | | | |
| 48.  IShares Inc MSCI Japan Index Fund | | | | | Sell | 1/25 | K | B | |
| 49.  NADAQ 100 Shares Unit Ser 1 | | | | | Sell | 1/6 | K | | Loss on sale |
| 50.  Standard & Poors Depository Receipts | | | | | Sell | 1/6 | K | | Loss on sale |
| 51.  Lommis Sayles Strat Inc Fd | A | Interest | K | T | Bot | 7/28 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | | S =Assessment | | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Folsom, David J | 07/05/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VII, Investments and Trusts

Line 5:  Name added to ▬▬ certificate of deposit on July 1, 2006.   No transactions in 2006.

Line 24:  Name added to ▬▬ brokerage account on July 1, 2006.   No transactions in 2006.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____ Date July 3, 2007

NOTE: ANY ~~PERSON WHO KNOWINGLY AND WILFULLY~~ FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

| AO 10<br>Rev. 1/2007 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2006** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Folsom, David J | 2. Court or Organization<br><br>U S Dist Ct., Eastern Texas | 3. Date of Report<br><br>08/28/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Judge--Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,     Date<br>☐ Initial    ☒ Annual    ☐ Final | 6. Reporting Period<br><br>01/01/2006<br>to<br>12/31/2006 |
| | 5b.   ☒   Amended Report | |
| 7. Chambers or Office Address<br><br>U. S. Courthouse & Post Office<br>500 State Line Ave., Rm 309<br>Texarkana, TX 75501 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   Member | Texarkana Animal Shelter Board |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2007 AUG 30 A 11: 31 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X]  NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.* *(Dollar amount not required except for honoraria.)*

[ ]  NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2006 | Empire Electric Company |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.* *(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ]  NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | State Bar of Texas | San Antonio, TX; 3/2/06, Panel Discussion; Air fare |
| 2. | State Bar of Texas | San Antonio, TX; 3/8 - 3/10/06; Panel discussion; Mileage, hotel, and meals |
| 3. | Practising Law Institute | San Francisco, CA: 7/25 - 7/27/06; Panel disscussion; Air fare, hotel, and meals |
| 4. | State Bar of Texas | Austin, TX; 10/25 - 10/27/06; Panel discussion; Air fare, hotel, and meals |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Folsom, David J | 08/28/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Folsom, David J | 08/28/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Hibernia National Bank--checking account | | None | | | Acct closed | 3/1 | | | Account closed |
| 2. Hibernia National Bank--checking account | | None | | | Acct closed | 3/1 | | | Account closed |
| 3. Century Bank--checking account | | None | K | T | | | | | |
| 4. Century Bank--checking account | A | Interest | L | T | | | | | |
| 5. Century Bank--Certificate of deposit | A | Interest | K | T | | | | | See Sec VIII |
| 6. | | | | | | | | | |
| 7. Capital One Financial Corp | A | Dividend | K | T | | | | | |
| 8. | | | | | | | | | |
| 9. EDWARD JONES (Securities account) #8 | | | | | | | | | Account opened 1/4/06 |
| 10. Money market funds | A | Interest | J | T | Bot | 1/6 | J | | |
| 11. Automatic Dada Processing | A | Dividend | J | T | Bot | 1/6 | J | | |
| 12. Eli Lilly & Co | A | Dividend | J | T | Bot | 1/6 | J | | |
| 13. Illinois Tools Works | A | Dividend | J | T | Bot | 1/6 | J | | |
| 14. Scana Corp | A | Dividend | J | T | Bot | 1/6 | J | | |
| 15. Franklin Equity Income Fd | A | Dividend | J | T | Bot | 1/6 | J | | |
| 16. Franklin Flex Cap Growth Fd | A | Dividend | J | T | Bot | 1/6 | J | | |
| 17. Franklin Mutual Discovery Fd | A | Dividend | J | T | Bot | 1/6 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Folsom, David J | 08/28/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.   Franklin Small Cap Value Fd | A | Dividend | J | T | Bot | 1/6 | J | | |
| 19. | | | | | | | | | |
| 20.   MERRILL LYNCH (Securities Account) No. 2 | | | | | | | | | |
| 21.   ML Cash Account | A | Dividend | J | T | | | | | |
| 22.   BMC Software Inc. | | None | J | T | | | | | |
| 23. | | | | | | | | | |
| 24.   A G EDWARDS (Securities Account) #9 | | | | | | | | | See Section VIII |
| 25.   Centennial MM Trust | A | Interest | J | T | | | | | |
| 26.   Discover Bank Greenwood Bond | A | Interest | K | T | | | | | |
| 27.   Putnam Voyager Fund | | None | J | T | | | | | |
| 28. | | | | | | | | | |
| 29.   Ohio National Financial Services Annuity | D | Interest | L | T | | | | | |
| 30. | | | | | | | | | |
| 31.   Ohio National Financial Services Annuity | A | Interest | J | T | | | | | |
| 32. | | | | | | | | | |
| 33.   SEP/INDIVIDUAL RETIREMENT ACCOUNTS: | | | | | | | | | |
| 34.   American Funds (SEP/IRA) | A | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Folsom, David J | 08/28/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | | | | | |
| 36. MERRILL LYNCH (SEP/IRA): No. 3 | | | | | | | | | |
| 37. ML Retirement Money Fund | A | Dividend | J | T | | | | | |
| 38. AIM Constellation Fund | A | Dividend | K | T | | | | | |
| 39. Federated Communication Tech Fund | A | Dividend | J | T | | | | | |
| 40. Federated Kaufmann Fund Cl A | A | Dividend | J | T | | | | | |
| 41. | | | | | | | | | |
| 42. MERRILL LYNCH (SEP/IRA) No. 4 | | | | | | | | | |
| 43. ML Cash account | A | Dividend | K | T | | | | | |
| 44. PMC Sierra Inc | | None | J | T | | | | | |
| 45. | | | | | | | | | |
| 46. FLOYD CAPITAL MGMT--TD Waterhouse (SEP/IRA): #7 | | | | | | | | | |
| 47. American Beacon MM Funds | B | Interest | J | T | | | | | |
| 48. IShares Inc MSCI Japan Index Fund | | None | | | Sell | 1/25 | K | B | |
| 49. NADAQ 100 Shares Unit Ser 1 | | None | | | Sell | 1/6 | K | | Loss on sale |
| 50. Standard & Poors Depository Receipts | | None | | | Sell | 1/6 | K | | Loss on sale |
| 51. Lommis Sayles Strat Inc Fd | A | Interest | K | T | Bot | 7/28 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Folsom, David J | 08/28/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Allianz Funds NFJ Divd | A | Dividend | K | T | Bot | 7/25 | K | | |
| 53. Fairholme FDS Inc | A | Dividend | K | T | Bot | 1/24 | K | | |
| 54. Janus Invt Fd Contrarian Fd | A | Dividend | K | T | Bot | 9/1 | K | | |
| 55. Kinetic Mut FDS Inc Paradigm | A | Dividend | K | T | Bot | 11/13 | K | | |
| 56. Allianz Fds NACM Intl Fd | A | Dividend | K | T | Bot | 8/16 | K | | |
| 57. Phoenix Fds Mid-Cap Value | A | Dividend | K | T | Bot | 10/24 | K | | |
| 58. Phoenix Fds Foreign Oppt | A | Dividend | K | T | Bot | 11/8 | K | | |
| 59. Thornburg Invt Core Growth | A | Dividend | K | T | Bot | 11/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,000 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Folsom, David J | 08/28/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VII, Investments and Trusts

Line 5:  Name added to ████████ certificate of deposit on July 1, 2006.   No transactions in 2006.

Line 24:  Name added to ████████ brokerage account on July 1, 2006.   No transactions in 2006.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ███████████████████  Date Aug. 29, 2007

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544